ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 16 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE __HAWAII__ DISTRICT OF __HAWAII__
AT __HONOLULU - DIVISION__

UNITED STATES OF AMERICA )
)
VS. ) Criminal No. 1:02CR00272-006
)
ERIC SALSEDO )
(Defendant Name)

MOTION TO MODIFY TERM OF IMPRISONMENT
PURSUANT TO 18 U.S.C. §3582(c)(2)

COMES NOW the Defendant __Eric Salsedo__, pro se, and pursuant to 18 U.S.C. §3582(c)(2), and moves this Honorable Court for reduction of his prison term. In support of his motion the Defendant would show and alleges:

1. On __April 26th__, __2004__, Defendant was convicted in this Court of the offense(s) of: __Title 21 U.S.C. §841, Possession with intent to Distribute Crack Cocaine__

Subsequently, using the United States Sentencing Commission Guidelines, he was sentenced to a term(s) of imprisonment as follows: __120 Months and (5) Five Years Supervised Release__.

2. On __December 11th__, __2007__, the United States Sentencing Commission amended the Sentencing Guidelines, specifically, Amendment __706__, and explicitly voted to make the Amendment retroactive. (1B1.10(c), U.S.S.G.).

3. Amendment __706__ provides: __Accordingly Commission Amended Guidelines by (2) Two Level Reduction, 2D1.1__.

4. Defendant is entitled, as a matter of law, to the benefit of Amendment __706__ and, to have his sentence reduced

to bring his sentence within the amended sentencing structure.

WHEREFORE, based on the foregoing, and in the interests of justice, Defendant respectfully urges this Honorable Court to amend his term of imprisonment to reflect the sentencing guideline modification set forth in Amendment 706.

Dated this 11th day of June, 2008.

Respectfully submitted,

_Eric Salsedo_ (Signature)
Eric Salsedo  #89582-022
(Printed Name)(Number)
Federal Medical Center
P.O. Box 15330
Ft. Worth, TX. 76119

Defendant Pro Se

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has, this 11th day of June, 2008, been served on June 11th, 2008, United States Attorney for the Hawaii District of Hawaii, whose address is 300 Ala Moano Bl. Rm. 6-100, PJKK Fed. Bldg, HI 96851 by placing a copy of same in the prisoner legal-mailbox, at the Federal Medical Center/Ft. Worth, Texas, for delivery to the United States Post Office, with proper postage and addressing attached thereto.

_Eric Salsedo_
(Signature)