# Certificate of Achievement

awarded to:

*Eric Salcedo*

awarded for attendance and participation in

## Hands-on Basic Boiler Operations & Safety

On the job education hours 21

July 10, 2007
Date of Instruction

C Golsan Powerhouse Foreman
/Instructor



# Certificate of Completion

Presented to
Eric Salsedo
for completing the
General Educational Development
on the 22nd day of June, 2005

John Emig, Supervisor of Education

\*   PROGRESS REPORT   \*        07-25-2007

**RSP OF: FCI FORT WORTH. TX**         US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
    3150 HORTON ROAD
    FORT WORTH, TX 76119
    817 534-8400
**NAME: SALSEDO, ERIC**     **REG. NO: 89582-022**     **AGE (DOB): 26/02-25-1982**

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| Copy provided | 7/25/07 | M. Marshall |

**TYPE OF PROGRESS REPORT:**

INITIAL ___ SIH ___ **TRIENNIAL** ___ PRE-RELEASE ___ TRANSFER ___ OTHER: _____

**PRESENT SECURITY/CUSTODY LEVEL:**
  LOW/IN

**OFFENSE/VIOLATOR OFFENSE:**
**SENTENCE IMPOSED AND TERM OF SUPERVISION:**

CONSPIRACY TO POSS W/INTENT TO DISTRIBUTE 50 GRAMS OF COCAINE/
POSS W/INTENT TO DISTRIBUTE 5 GRAMS OF COCAINE BASE
  120-MONTH 3559 PLRA SENTENCE; 5-YEAR SUPERVISED RELEASE TERM

**DATE COMPUTATION BEGAN:** 07-19-2004

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED + JAIL CREDIT TIME |
|---|---|---|
| 0  /0  /0 | EGT/SGT - N/A<br>GCT days projected - 470 | 36 months + 53 days jail credit time |

**PROJECTED RELEASE DATE:** 02-10-2013   **PROJECTED RELEASE METHOD:** GOOD CONDUCT TIME REL

**DETAINERS/PENDING CHARGES:**
THERE ARE NO KNOWN DETAINERS OR PENDING CHARGES.

**CO-DEFENDANTS:**
PLEASE REFER TO PRESENTENCE INVESTIGATION REPORT.

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
     CENTRAL FILE - SECTION TWO            BP-CLASS-3

| | | |
|---|---|---|
| SALSEDO, ERIC<br>FEDERAL CORRECTIONAL INSTITUTION<br>FORT WORTH, TEXAS<br>PAGE 2 | REG. NO. 89582-022<br>PROGRESS REPORT | 07-25-2007 |

---------------------------------- INSTITUTIONAL ADJUSTMENT ----------------------------------

Inmate Salsedo has been in federal custody for approximately 38 months. During this period, he has displayed a satisfactory overall level of institutional adjustment.

**A. PROGRAM PLAN:** Inmate Salsedo began serving his sentence at the Federal Correctional Institution in Fort Worth, Texas, on July 19, 2004. The following month, the unit team conducted an initial classification on inmate Salsedo's case, and recommended he maintain a clear conduct record, maintain assignment to a job detail, maintain high standard of room sanitation, enroll in the GED Program, enroll in additional educational/counseling programs of interest, participate in the Inmate Financial Responsibility Program (to pay $300 felony assessment), and complete Institution Release Preparation Program (RPP). To date, inmate Salsedo has exhibited a degree of effort in satisfying his correctional objectives; however, the unit team encourages him to enroll in additional educational/pre-release programs.

**B. WORK ASSIGNMENTS:** After completing the Institution Admission and orientation Program, inmate Salsedo was initially assigned to the powerhouse detail on August 4, 2004. To date, he remains assigned to this detail, and receives outstanding work performance ratings.

**C. EDUCATIONAL/VOCATIONAL PARTICIPATION:** On April 29, 2005, inmate Salsedo successfully completed the GED program and obtained his GED certificate.

**D. COUNSELING PROGRAMS:** To date, inmate Salsedo has not participated in any counseling programs.

**E. INCIDENT REPORTS:** Inmate Salsedo has received the following Incident Report.

| DATE | PROHIBITED ACT/CODE | DISPOSITION |
|---|---|---|
| 11-23-2004 | Being Absent from Assignment/Code 310 | Unit Discipline Committee imposed loss of commissary, phone, and visiting privileges for 30 days; loss of quarters (reassigned to dorm) |

**F. INSTITUTIONAL MOVEMENT:**

| DATE | INSTITUTION | REASON |
|---|---|---|
| 07-19-2004 | FCI Fort Worth, Texas | Initial Designation |

**G. PHYSICAL AND MENTAL HEALTH:** Inmate Salsedo appears to be in good physical health. He is maintained at regular duty status with no medical restrictions.

**H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN:** At the time of sentencing, inmate Salsedo was ordered to pay a $300 felony assessment by the United States District Court in the District of Hawaii. To date, he has paid $275 of this court ordered financial obligation (balance owed - $25) through participation in the Inmate Financial Responsibility Program.

**I. RELEASE PREPARATION PROGRAM & RELEASE PLANS:** To date, inmate Salsedo has completed one section of the Institution RPP. Prior to his release, he will be expected to complete the final five sections of the program.

It is anticipated that inmate Salsedo will be referred/approved for transfer to a RRC prior to his release in order to assist him in making a gradual transition back into the community. Following his release, inmate Salsedo plans to reside with his common-law-wife in Waimonalo, Hawaii.

SALSEDO, ERIC  REG. NO. 89582-022  07-25-2007
FEDERAL CORRECTIONAL INSTITUTION  PROGRESS REPORT
FORT WORTH, TEXAS
PAGE 3

**RESIDENCE:** Inmate Salsedo plans to reside in Waimonalo, Hawaii

**EMPLOYMENT:** To be secured following release.

**USPO:** Richard Crawford, Chief
United states Probation Office
District of Hawaii
C-110 prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-001

**J. RELEASE NOTIFICATIONS:** INMATE SALSEDO IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO HIS CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE. INMATE SALSEDO IS NOT SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042 © DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

DNA TEST STATUS: Inmate Salsedo requires DNA testing prior to his release.

DICTATED BY: _[signature]_  DATE 7/25/07
M. Marshall, Houston Unit Case Manager

DATE TYPED: 07-25-2007

REVIEWED BY: _[signature]_  DATE 7/25/07
Patrick Wise, Acting Houston Unit Manager