PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269

Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: alexander_silvert@fd.org

Attorney for Defendant
ERIC SALSEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 02-00272 DAE |
|---|---|
| Plaintiff, | ) |
| | ) MOTION TO WITHDRAW |
| | ) MOTION FOR RETROACTIVE |
| vs. | ) APPLICATION OF SENTENCING |
| | ) GUIDELINES TO CRACK |
| ERIC SALSEDO, | ) COCAINE OFFENSE 18 U.S.C. |
| | ) § 3582(c)(2) FILED JUNE 16, 2008; |
| Defendant. | ) CERTIFICATE OF SERVICE |
| | ) |

**MOTION TO WITHDRAW MOTION FOR RETROACTIVE
APPLICATION OF SENTENCING GUIDELINES TO CRACK
COCAINE OFFENSE 18 U.S.C. § 3582(c)(2) FILED JUNE 16, 2008**

COMES NOW the defendant, ERIC SALSEDO, through counsel,

Alexander Silvert, First Assistant Federal Defender, and moves this Honorable

Court to withdraw his motion, filed on June 16, 2008, requesting that the Court modify his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2), as a result of the new crack cocaine Sentencing Guideline amendment.

After a careful review of his particular case by counsel, and after reviewing his case with Mr. Salsedo, the record demonstrates that Mr. Salsedo was sentenced to 120 months incarceration as a result of the application of a statutory mandatory minimum. Because there was no downward departure motion, and because the Court sentenced Mr. Salsedo to the absolute lowest sentence possible due to the application of the statutory mandatory minimum, the Sentencing Guideline crack cocaine amendment does not apply to Mr. Salsedo's sentence. After having consulted with counsel, Mr. Salsedo hereby withdraws his motion without prejudice to re-file should new case law develop which permits a Court to resentence a defendant below a mandatory minimum in such cases.

DATED: Honolulu, Hawaii, July 29, 2008.

    /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
ERIC SALSEDO

## CERTIFICATE OF SERVICE

ALEXANDER SILVERT, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on July 29, 2008:

Served Electronically through CM/ECF:

CHRIS A. THOMAS
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, July 29, 2008.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
ERIC SALSEDO