PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:   alexander_silvert@fd.org

Attorney for Defendant
ERIC SALSEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 02-00272 DAE |
| | ) |
| Plaintiff, | ) ORDER GRANTING |
| | ) DEFENDANT'S MOTION TO |
| vs. | ) WITHDRAW MOTION FOR |
| | ) RETROACTIVE APPLICATION OF |
| ERIC SALSEDO, | ) SENTENCING GUIDELINES TO |
| | ) CRACK COCAINE OFFENSE 18 |
| Defendant. | ) U.S.C. § 3582(c)(2) FILED JUNE 16, |
| | ) 2008 |

**ORDER GRANTING DEFENDANT'S MOTION
TO WITHDRAW MOTION FOR RETROACTIVE
APPLICATION OF SENTENCING GUIDELINES TO CRACK
COCAINE OFFENSE 18 U.S.C. § 3582(c)(2) FILED JUNE 16, 2008**

Defendant was convicted of Conspiracy to Distribute and Possess

with Intent to Distribute Cocaine Base in violation 21 U.S.C. § § 846 and 841

(a)(1). Defendant was sentenced on April 26, 2004, to a 120-month term of imprisonment as a result of the application of a statutory mandatory minimum. Because there was no downward departure motion, and because the Court sentenced Mr. Salsedo to the absolute lowest sentence possible due to the application of the statutory mandatory minimum, the Sentencing Guideline crack cocaine amendment does not, under current case law, apply to Mr. Salsedo's sentence.

THEREFORE, this Court hereby grants Defendant's request to withdraw his motion without prejudice.

DATED: Honolulu, Hawaii, August 1, 2008.



_____
David Alan Ezra
United States District Judge

In the United States District Court, for the District of Hawaii,
United States v. Salsedo, Cr. No. 02-00272 DAE-06;
Order Granting Defendant's Motion to Withdraw Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582(c)(2) Filed June 16, 2008